Jonathan L. Flaxer
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300
*Counsel to Aaron Muschel*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                        :   Chapter 11
                                                             :   Case No. 04-13810 (JMP)
BROADWALL AMERICA, INC.,                                     :
                                                             :
                  Debtor.                      :
------------------------------------------------------------x
In re                                                        :   Chapter 11
                                                             :   Case No. 05-10616 (JMP)
BRAM WILL EL LLC,                                            :
                                                             :
                  Debtor.                      :
------------------------------------------------------------x
In re                                                        :   Chapter 11
                                                             :   Case No. 05-10617 (JMP)
WILLIAM MUSCHEL, LLC,                                        :
                                                             :
                  Debtor.                      :
------------------------------------------------------------x
BROADWALL AMERICA, INC.,                                     :   Adv. Pro. No. 06-01788 (JMP)
                                                             :   Adv. Pro. No. 06-01789 (JMP)
                  Plaintiff,                   :   Adv. Pro. No. 06-01790 (JMP)
- against -                                                  :
                                                             :
BRAM WILL EL LLC, and                                        :
WILLIAM MUSCHEL, LLC                                         :
                  Defendants.                  :
------------------------------------------------------------x

## NOTICE OF APPEAL

AARON MUSCHEL, a party in interest in the above-captioned bankruptcy cases and adversary proceedings, hereby files this notice of appeal to the United States District Court for the Southern District of New York from the "Order Approving Stipulation and Order Pursuant to

518244.1

Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code, Dismissing Bankruptcy Cases & Granting Related Relief" signed on November 30, 2010 [Case No. 04-13810, Doc. #229; Case No. 05-10616, Doc. #137; Case No. 05-10617, Doc. #136; Adv. Pro. No. 06-01788, Doc. #64; Adv. Pro. No. 06-01789, Doc. #21; Adv. Pro. No. 06-01790, Doc. #21] (the "Order") by this Court, Honorable James M. Peck, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
>*Attorneys for Aaron Muschel*
>437 Madison Avenue, 35th Floor
>New York, New York 10022
>Jonathan L. Flaxer, Esq.
>(212) 907-7300
>
>BACKENROTH, FRANKEL & KRINSKY, LLP
>*Attorneys for Bram Will El LLC & William Muschel, LLC*
>489 Fifth Avenue, 28th Floor
>New York, NY 10017
>Abraham Backenroth, Esq.
>(212) 593-1100
>
>WESTERMAN BALL EDERER MILL & SHARFSTEIN
>*Attorneys for Broadwall America, Inc.*
>1201 RXR Plaza
>Uniondale, NY 11556
>Thomas Alan Draghi, Esq.
>(516) 622-9200
>
>RIVKIN RADLER LLP
>*Attorneys for Mordechai Muschel*
>926 RXR Plaza
>Uniondale, NY 11556
>Yaron J. Kornblum, Esq.
>(516) 357-3000

| | |
|---|---|
| Dated: New York, New York<br>December 13, 2010 | GOLENBOCK EISEMAN ASSOR BELL<br>& PESKOE LLP<br><br>By: /s/ Jonathan L. Flaxer<br>      Jonathan L. Flaxer, Esq.<br><br>437 Madison Avenue<br>New York, NY 10022-7302<br>(212) 907-7300<br><br>*Attorneys for Aaron Muschel* |